JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mesa Safe Company, Inc, <br><br> Plaintiff, <br><br> v. <br><br> Amazon.com Services, Inc, et al, <br><br> Defendant(s). | SACV 18-01247JVS(ADSx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

 The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

 IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 90 days</u>, to reopen the action if settlement is not consummated.

DATED: 11/13/19

            _____
              James V. Selna
            United States District Judge